IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEE R. HUNT, AS PERSONAL
REPRESENTATIVE OF THE
ESTATE OF FELIPE FLORES,
DECEASED, AND PHILLIP
FLORES,

        PLAINTIFFS,

v.

        CIVIL NO. 1:19-CV-00315-KG-JHR

WILLIAM AND CHARLOTTE
MASON AND EL PASO
ELECTRIC COMPANY,

        DEFENDANTS.

## ORDER GRANTING DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the *Joint Motion to Dismiss with Prejudice* (Doc. 43), the Court having reviewed its file and being otherwise sufficiently advised in the premises, FINDS that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED any and all of Plaintiffs claims and causes of action against Defendant El Paso Electric Company ("EPEC"), including any and all claims and causes of action that were brought or could have been brought by Plaintiffs against EPEC in this action, shall be, and hereby are, DISMISSED WITH PREJUDICE. This Order Granting Dismissal with Prejudice shall not affect Plaintiffs' claims against any party to this litigation other than EPEC.

_____
UNITED STATES DISTRICT JUDGE

Prepared and Submitted By:
RODEY, DICKASON, SLOAN, AKIN & ROBB, PA

By: /s/ Kurt B. Gilbert, Attorney at Law
Kurt B. Gilbert
     Post Office Box 1357
Santa Fe, NM 87504
Telephone: (505) 954-3923 (direct)
E-Mail:  kgilbert@rodey.com

And

JACKSON WALKER L.L.P.
Aldean E. Kainz – Texas Bar No. 11078050
Breck Harrison – Texas Bar No. 24007325
100 Congress Avenue, Suite 1100
Austin, Texas  78701
512-236-2000
Fax No. 512-236-2002
akainz@jw.com
bharrison@jw.com

*Attorneys for Defendant El Paso Electric Company*


*Approved as to form:*

THE STEWART LAW FIRM
By: *Electronically approved by Stephen W. Stewart on January 24, 2020*
    STEPHEN W. STEWART
    3000 South IH-35, Suite 150
    Austin, TX 78704
    sws@thestewartlawfirm.net
    *Attorney for Plaintiff*

    John Lomax Anderson
    RUHMANN LAW FIRM
    5915 Silver Springs Drive, Bldg. 1
    El Paso, TX 79912-4126
    (915) 845-4529
    (915) 845-4534 – fax
    janderson@ruhmannlaw.com
    *Attorney for Plaintiff*

Justin Ross Kaufman
Rosalind Bienvenu
DURHAM, PITTARD & SPALDING, L.L.P.
505 Cerrillos Road, Suite A 209
Santa Fe, NM 87501-3049
(505) 986-0600
(505) 986-0632 - fax
jkaufman@dpslawgroup.com
rbienvenu@dpslawgroup.com
*Attorneys for Plaintiff*


O'BRIEN & PADILLA, P.C.


By: *Electronically approved by William R. Anderson on January 24, 2020*
WILLIAM R. ANDERSON
6000 Indian School Road NE, Suite 200 Albuquerque, NM 87110
(505) 883-8181
wanderson@obrienlawoffice.com
*Attorneys for Defendants William and Charlotte Mason*