THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| LEE R. HUNT, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF FELIPE FLORES, DECEASED, AND PHILLIP FLORES, | § § § § § § | |
| PLAINTIFFS, | § § | CIVIL ACTION NO. 1:19-CV-00315-KG-JHR |
| v. | § § § | |
| WILLIAM AND CHARLOTTE MASON AND EL PASO ELECTRIC COMPANY, | § § § § | |
| DEFENDANTS. | § | |

**STIPULATED ORDER OF DISMISSAL**

THIS MATTER, having come before this Court upon Motion of Defendant William Mason and Charlotte Mason, the parties hereby stipulating to this Order, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted:*

O'BRIEN & PADILLA, P.C.


By: */s/ William R. Anderson*
    WILLIAM R. ANDERSON
    6000 Indian School Road NE, Suite 200
    Albuquerque, NM 87110
    (505) 883-8181
    wanderson@obrienlawoffice.com
    *Attorneys for Defendants William and*
    *Charlotte Mason*


*Approved as to form:*

THE STEWART LAW FIRM

*Approved via e-mail on 6/15/20*
By: */s/Stephen W. Stewart*
    STEPHEN W. STEWART
    3000 South IH-35, Suite 150
    Austin, TX 78704
    sws@thestewartlawfirm.net
    *Attorney for Plaintiff*


John Lomax Anderson
RUHMANN LAW FIRM
5915 Silver Springs Drive, Bldg. 1
El Paso, TX 79912-4126
(915) 845-4529
(915) 845-4534 – fax
janderson@ruhmannlaw.com
*Attorney for Plaintiff*


Justin Ross Kaufman
Rosalind Bienvenu
DURHAM, PITTARD & SPALDING, L.L.P.
505 Cerrillos Road, Suite A 209
Santa Fe, NM 87501-3049
(505) 986-0600
(505) 986-0632 - fax
jkaufman@dpslawgroup.com
rbienvenu@dpslawgroup.com
*Attorneys for Plaintiff*

Kurt B. Gilbert
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
119 East Marcy Street, Suite 200
Santa Fe, NM 87501-2046
(505) 954-3923
(505) 954-3943 - fax
kgilbert@rodey.com
*Attorneys for Defendant El Paso Electric Company*